[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 197.]

FALKE, APPELLANT, *v.* CUBBY DRILLING, INC. ET AL., APPELLEES.

[Cite as *Falke v. Cubby Drilling, Inc.*, 1998-Ohio-633.]

*Workers' compensation—Employee injured in traffic accident during travel home from remote well drilling site—Determining whether employee is a fixed-situs employee and therefore within the coming-and-going rule—Fixed-situs employee entitled to workers' compensation benefits for injuries occurring while coming and going from or to his place of employment, when.*

(No. 97-1535—Submitted February 4, 1998—Decided March 11, 1998.)

APPEAL from the Court of Appeals for Stark County, No. 1996CA00346.

—————————

*Ronald E. Slipski; Green, Haines, Sgambati, Murphy & Macala Co., L.P.A.,* and *Elizabeth M. Phillips*, for appellant.

*Garvin & Hickey, LLC, Michael J. Hickey* and *Preston J. Garvin*, for appellee Cubby Drilling, Inc.

—————————

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Ruckman v. Cubby Drilling, Inc.* (1998), 81 Ohio St.3d 117, ___ N.E.2d ___.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

—————————